IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSHUA WILSON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | 4-26-CV-00217-O |
| | § | |
| WASH MASTERS, L.P. | § | |

**NOTICE OF APPEARANCE AS LOCAL COUNSEL**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD

  Please take notice that the Law Office of Sharon K Campbell, by Sharon Campbell, hereby enters appearance in these proceedings as counsel of record for Plaintiff Kelly Pinn, and requests that all papers, pleadings, notices, orders and other related documents be served upon the undersigned along with other counsel of record.

                Respectfully submitted,

                 */s/ Sharon K Campbell*
                Sharon K. Campbell
                State Bar # 03717600
                3300 Oak Lawn Ave., Suite 425
                Dallas, Texas 75219
                Telephone: 214/351-3260
                Fax: 214/748-7778
                Sharon@SharonKCampbell.com

[PAGE LEFT BLANK INTENTIONALLY]