# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| **JOSHUA WILSON, on behalf of himself and all others similarly situated** ) ) ) ) *Plaintiff* ) ) v. ) ) ) **WASH MASTERS, L.P.** ) ) *Defendant* | Civil Action No. 4:26-cv-00217-0 |

## AFFIDAVIT OF SERVICE

I, La'Ketha Robertson, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on February 26, 2026, at 1:55 pm. I delivered these documents to WASH MASTERS, L.P. in Ellis County, TX on February 27, 2026 at 2:38 pm at 105 Ymca Dr, Waxahachie, TX 75165-5124 by leaving the following documents with Ginger Kelley who as Office Manager is authorized by appointment or by law to receive service of process for WASH MASTERS, L.P.

SUMMONS IN A CIVIL ACTION
CLASS ACTION COMPLAINT
NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
CIVIL COVER SHEET
Chief District Judge Reed O'Connor
Judges' Copy Requirements for Electronic Filing

Race: White, Sex: Female, Est. Age: 45-54, Hair: Brown, Glasses: N, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=32.4274733,-96.841185
Photograph: See Exhibit 1

Total Cost: $119.25

My name is La'Ketha Robertson, I am 18 years of age or older, and my address is 2105 N Breckenridge St, Ennis, TX 75119, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

    Ellis County    ,

    TX     on     2/27/2026    .

*/s/ La'Ketha Robertson*

La'Ketha Robertson
+1 (972) 997-5089
Certification Number: PSC-17233
Expiration Date: 9/30/2027

