UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOSHUA WILSON, on behalf of himself and all others similarly situated, | § § § | |
| Plaintiff, | § § | |
| vs. | § | No. 4:26-cv-00217-O |
| WASH MASTERS, L.P., | § § § | |
| Defendant. | § § | |

**DEFENDANT WASH MASTERS, L.P.'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant Wash Masters, L.P. ("Wash Masters") files this unopposed motion for extension of time to answer or otherwise respond to Plaintiff's complaint. Plaintiff filed this proposed class action on February 25, 2026, and Wash Masters was served on February 27.[1] Wash Masters' deadline to file an answer or other responsive pleading, therefore, is March 20. *See* FED. R. CIV. P. 12. Wash Masters presented this claim to its insurance carrier, which denied coverage on March 18. Wash Masters immediately began seeking litigation counsel to defend this suit. On March 19, Wash Masters retained the law firm of Cantey Hanger LLP to represent it in this action. To adequately and accurately respond to the allegations in Plaintiff's Complaint as required by the Rules, Wash Masters requests additional time to review its records and gather facts.

For that reason, Wash Masters respectfully moves for an extension of an additional twenty-one days (until April 10, 2026), or whatever other period the Court finds appropriate, to file an answer or other responsive pleading.

---

[1] ECF No. 1; ECF No. 6.

1

Dated: March 19, 2026

Respectfully submitted,

/s/ *W. Andrew Boone*

Brian C. Newby
State Bar No. 14947320
bnewby@canteyhanger.com
Derek Carson
State Bar No. 24085240
dcarson@canteyhanger.com
W. Andrew Boone
State Bar No. 24137937
aboone@canteyhanger.com
CANTEY HANGER, LLP
600 W. 6th Street, Suite 300
Fort Worth, Texas 76102
Telephone: 817-877-2800
Facsimile: 817-877-2807

**ATTORNEYS FOR DEFENDANT
WASH MASTERS, L.P.**

## CERTIFICATE OF SERVICE

I hereby certify that, on the 19th day of March 2026, the attached document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing.

/s/ *W. Andrew Boone*

Andrew Boone

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 19, 2026, I conferred with Plaintiff's counsel regarding this motion, and Plaintiff's counsel advised that he was not opposed to the relief requested herein.

/s/ *W. Andrew Boone*

Andrew Boone

2