**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JOSHUA WILSON** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | Civil Action No.  4:26-CV-00217-O |
| | § | |
| **WASH MASTERS, L.P.** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

Before the Court is Defendant Wash Masters, L.P.'S Unopposed Motion for Extension of Time (ECF No. 7). Having considered the Motion and noting it is unopposed, the Court **GRANTS** the Motion. Defendant is **ORDERED** to respond to Plaintiff's complaint **no later than April 10, 2026**.

**SO ORDERED** on this **23rd day** of **March, 2026.**


_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**