UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JOSHUA WILSON, on behalf of himself        §
and all others similarly situated,         §
                                           §
        Plaintiff,                         §
                                           §          No. 4:26-cv-00217-O
vs.                                        §
                                           §
WASH MASTERS, L.P.,                        §
                                           §
        Defendant.                         §

### DEFENDANT WASH MASTERS, L.P.'S ORIGINAL ANSWER

Defendant Wash Masters, L.P. files this Original Answer to Plaintiff Joshua Wilson's Original Complaint filed February 25, 2026 (ECF No. 1).

### ADMISSIONS AND DENIALS

1.      Paragraph 1 contains a statement about the pleading to which no response is required. To the extent a response is required, the content of the paragraph is denied.

2.      Denied.

3.      Paragraph 3 contains a statement about the pleading to which no response is required. To the extent a response is required, the content of the paragraph is denied.

4.      Denied.

5.      Defendant denies that it harassed anyone with "unlawful telemarketing tactics." The remainder of the paragraph contains a statement about the pleading to which no response is required. To the extent a response is required, the content of the paragraph is denied.

6.      Defendant lacks sufficient knowledge or information to form a belief about the truth of Paragraph 6.

7.      Admitted.

1

8.     Defendant does not contest the Court's subject-matter jurisdiction.

9.     Defendant does not contest personal jurisdiction but denies that it directed telemarketing calls to Texas residents.

10.    Defendant does not challenge venue. Defendant lacks sufficient knowledge or information to form a belief about the allegation that a substantial part of the events or omissions giving rise to the claims occurred in this District.

11.    Defendant does not contest the Court's supplemental jurisdiction.

12.    Paragraph 12 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

13.    Paragraph 13 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

14.    Paragraph 14 states an internal definition to which no response is required. To the extent a response is required, the content of the paragraph is denied.

15.    Paragraph 15 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

16.    Paragraph 16 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

17.    Paragraph 17 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

18.    Paragraph 18 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

19.    Paragraph 19 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

20.     Paragraph 20 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

21.     Paragraph 21 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

22.     Paragraph 22 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

23.     Paragraph 23 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

24.     Paragraph 24 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

25.     Paragraph 25 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

26.     Paragraph 26 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

27.     Paragraph 27 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

28.     Paragraph 28 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

29.     Paragraph 29 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

30.     Paragraph 30 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

31.    Paragraph 31 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

32.    Paragraph 32 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

33.    Defendant lacks sufficient knowledge or information to form a belief about the truth of Paragraph 33.

34.    Defendant lacks sufficient knowledge or information to form a belief about the truth of Paragraph 34.

35.    Defendant lacks sufficient knowledge or information to form a belief about the truth of Paragraph 35.

36.    Defendant lacks sufficient knowledge or information to form a belief about the truth of Paragraph 36.

37.    Defendant lacks sufficient knowledge or information to form a belief about the truth of Paragraph 37.

38.    Defendant lacks sufficient knowledge or information to form a belief about the truth of Paragraph 38.

39.    Defendant lacks sufficient knowledge or information to form a belief about the truth of Paragraph 39.

40.    Defendant lacks sufficient knowledge or information to form a belief about the truth of Paragraph 40.

41.    Defendant admits that the quoted statements appear on washmasters.com.

42.    Defendant admits that Wash Masters locations offer car washing services.

43. Defendant admits that the embedded screenshot is an accurate reproduction of washmasters.com.

44. Denied.

45. Denied.

46. Denied.

47. Denied.

48. Defendant lacks sufficient knowledge or information to form a belief about the truth of Paragraph 48.

49. Defendant lacks sufficient knowledge or information to form a belief about the truth of Paragraph 49.

50. Defendant lacks sufficient knowledge or information to form a belief about the truth of Paragraph 50.

51. Defendant lacks sufficient knowledge or information to form a belief about the truth of Paragraph 51.

52. Denied as to every subpart.

53. Defendant lacks sufficient knowledge or information to form a belief about the truth of Paragraph 53.

54. Denied.

55. Defendant lacks sufficient knowledge or information to form a belief about the truth of Paragraph 55.

56. Denied as to every subpart.

57. Denied.

58.    Defendant lacks sufficient knowledge or information to form a belief about the truth of Paragraph 58.

59.    Denied.

60.    Defendant lacks sufficient knowledge or information to form a belief about the truth of Paragraph 60.

61.    Defendant lacks sufficient knowledge or information to form a belief about the truth of Paragraph 61.

62.    Defendant lacks sufficient knowledge or information to form a belief about the truth of Paragraph 62.

63.    Defendant lacks sufficient knowledge or information to form a belief about the truth of Paragraph 63.

64.    Denied.

65.    Defendant lacks sufficient knowledge or information to form a belief about the truth of Paragraph 65.

66.    Paragraph 66 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

67.    Defendant lacks sufficient knowledge or information to form a belief about the truth of Paragraph 67.

68.    Paragraph 68 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

69.    Denied.

70.    Denied.

71.    Paragraph 71 is a statement about the pleading to which no response is required. To the extent a response is required, the content of the paragraph is denied.

72.    Paragraph 72 states an internal definition to which no response is required. To the extent a response is required, the content of the paragraph is denied.

73.    Paragraph 73 states an internal definition to which no response is required. To the extent a response is required, the content of the paragraph is denied.

74.    Paragraph 74 contains a statement about the pleading to which no response is required. To the extent a response is required, the content of the paragraph is denied.

75.    Paragraph 75 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

76.    Paragraph 76 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

77.    Paragraph 77 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

78.    Paragraph 78 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

79.    Paragraph 79 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

80.    Paragraph 80 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

81.    Paragraph 81 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

**FIRST CAUSE OF ACTION: TELEPHONE CONSUMER PROTECTION ACT;**
**47 C.F.R. § 64.1200(c)**

82.    Defendant restates its answers to each preceding paragraph as if recited herein.

83.    Denied.

84.    Denied.

85.    Paragraph 85 states a conclusion of law and a claim for damages to which no response is required. To the extent a response is required, the content of the paragraph is denied.

86.    Paragraph 86 states a conclusion of law and a claim for injunctive relief to which no response is required. To the extent a response is required, the content of the paragraph is denied.

**SECOND CAUSE OF ACTION: TELEPHONE CONSUMER PROTECTION ACT;**
**47 C.F.R. § 64.1200(d)**

87.    Defendant restates its answers to each preceding paragraph as if recited herein.

88.    Paragraph 88 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

89.    Paragraph 89 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

90.    Defendant lacks sufficient knowledge or information to form a belief about the truth of Paragraph 90.

91.    Denied.

92.    Denied.

93.    Denied.

94.    Denied.

95.    Denied.

96.    Denied.

8

97.     Paragraph 97 states a conclusion of law and a claim for damages to which no response is required. To the extent a response is required, the content of the paragraph is denied.

98.     Paragraph 98 states a conclusion of law and a claim for injunctive relief to which no response is required. To the extent a response is required, the content of the paragraph is denied.

### THIRD CAUSE OF ACTION: TEXAS TELEPHONE SOLICITATION ACT

99.     Defendant restates its answers to each preceding paragraph as if recited herein.

100.    Paragraph 100 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

101.    Paragraph 101 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

102.    Paragraph 102 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

103.    Denied.

104.    Denied.

105.    Denied.

106.    Paragraph 106 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

107.    Denied.

108.    Paragraph 108 states a conclusion of law to which no response is required. To the extent a response is required, the content of the paragraph is denied.

### FAILURE TO STATE A CLAIM

109.    Plaintiff cannot recover on his Third Cause of Action because he fails to state a claim for which relief can be granted. Plaintiff alleges that Defendant violated the Texas Telephone Solicitation Act ("Texas Act") by sending text messages "using an automatic dialing system or

9

similar automated technology that qualifies as an automatic dialing announcing device under the Texas Act."[1] But the only definition in the Texas Business and Commerce Code for "automated dial announcing device" is "automated equipment use for telephone solicitation or collection that can: (A) store telephone numbers to be called or produce numbers to be called through use of a random or sequential number generator; and (B) convey, alone or in conjunction with other equipment, a prerecorded or synthesized voice message to the number called without the use of a live operator." TEX. BUS. & COM. CODE § 301.001. Notwithstanding any contrary provisions found elsewhere in the Texas Act, the definition of "automated dial announcing device" describes a device that places phone calls, not one that sends text messages. Plaintiff does not allege that he received any phone calls from Defendant; only that he received text messages. Thus, under the definition of "automated dial announcing device," Plaintiff's Third Cause of Action should be dismissed for failure to state a claim.

### PRAYER

For the foregoing reasons, Defendant asks the Court to enter judgment that Plaintiff take nothing, dismiss Plaintiff's suit with prejudice, assess costs against Plaintiff, and grant Defendant all relief at law or in equity to which Defendant is justly entitled.

---

[1] ECF No. 1 ¶ 104.

Dated: April 8, 2026.

/s/ *W. Andrew Boone*

Brian C. Newby
State Bar No. 14947320
bnewby@canteyhanger.com
Derek Carson
State Bar No. 24085240
dcarson@canteyhanger.com
W. Andrew Boone
State Bar No. 24137937
aboone@canteyhanger.com
CANTEY HANGER, LLP
600 W. 6th Street, Suite 300
Fort Worth, Texas 76102
Telephone: 817-877-2800
Facsimile: 817-877-2807

**ATTORNEYS FOR DEFENDANT**
**WASH MASTERS, L.P.**

## CERTIFICATE OF SERVICE

I hereby certify that, on the 8th day of April 2026, the attached document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing.

/s/ *W. Andrew Boone*

Andrew Boone

11