# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

Joshua Wilson
Plaintiff

v.

Wash Masters, LP
Defendant

4:26-cv-00217-O

Civil Action No.

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendant Wash Masters, LP

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None. Wash Masters, LP is a limited partnership with no parent corporation and no stock.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Wash Masters Management, LLC (general partner), Guhaina Almakdad (limited partner).

| | |
|---|---|
| Date: | April 8, 2026 |
| Signature: | *W. Andrew Boone* |
| Print Name: | Andrew Boone |
| Bar Number: | 24137937 |
| Address: | 600 W 6th St, Ste 300 |
| City, State, Zip: | Fort Worth, TX 76102 |
| Telephone: | (817) 877-2808 |
| Fax: | (817) 877-2807 |
| E-Mail: | aboone@canteyhanger.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.