**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| **JOSHUA WILSON**, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**WASH MASTERS, L.P.**,<br><br>　　　　　　　　Defendant. | Case No. 4:26-cv-00217-O<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO AMEND PLEADINGS AND JOIN PARTIES** |

Plaintiff Joshua Wilson respectfully moves for a sixty-day extension of the deadline set forth in Paragraph 2 of the Court's Scheduling Order (ECF No. 13) for motions requesting joinder of additional parties or amendment of pleadings and, in support thereof, states as follows:

1. On April 10, 2026, the Court entered its Scheduling Order, which set June 9, 2026 as the deadline for motions requesting joinder of additional parties or amendment of pleadings. (ECF No. 13 at ¶ 2.)

2. Plaintiff filed this action against Wash Masters, L.P., the franchisor associated with the car wash locations whose services were promoted in the text messages at issue.

3. The Court's deadline to seek leave to amend pleadings or join parties is June 9, 2026. Since entry of the Scheduling Order, the Parties have begun discovery regarding the entities involved in the telemarketing campaign at issue.

4. On June 2, 2026, Defendant produced its first set of documents. Among other things, the production identifies a third-party texting vendor involved in the transmission of the text messages. Furthermore, a subpoena to that texting vendor has identified some, but not all, of the franchisee related entities involved in the texting.

1

5.      Furthermore, Plaintiff is still reviewing the production and has not yet had an adequate opportunity to determine the precise relationships among Defendant, the texting vendor, and the individual franchise locations whose services were promoted through the messages.

6.      Based on information currently available, Plaintiff believes additional discovery may be necessary to determine which entities were responsible for initiating, authorizing, directing, or benefiting from the telemarketing campaign. That inquiry may bear on whether amendment of the pleadings and/or joinder of additional parties is appropriate.

7.      Plaintiff seeks a limited sixty-day extension of the amendment deadline to permit review of Defendant's recent production and to allow the Parties to develop the factual record concerning the entities involved in the text message campaign before Plaintiff is required to determine whether amendment is necessary.

8.      Plaintiff has acted diligently in seeking this relief. Defendant's first document production was not received until June 2, 2026, just days before the current amendment deadline, leaving insufficient time to review the production and evaluate potential amendments.

9.      The requested extension will not affect any other deadline in the Scheduling Order, will not prejudice Defendant, and will promote judicial economy by reducing the likelihood of multiple amendment requests or disputes regarding amendment after additional discovery is obtained.

10.     The Parties are in the early stages of discovery. Plaintiff recently requested and received Defendant's first document production on June 2, 2026.

11.     Plaintiff seeks a modest extension of the amendment deadline to allow sufficient time to review Defendant's production and evaluate whether amendment of the pleadings or joinder of additional parties may be appropriate based upon information obtained through discovery.

12. Plaintiff has acted diligently and seeks this extension before expiration of the current deadline.

13. The requested extension will not prejudice Defendant, will promote the efficient administration of the case, and may avoid the need for multiple amendment requests.

14. Counsel for Plaintiff conferred with counsel for Defendant regarding the relief requested herein. Defendant does not oppose extending the deadline in Paragraph 2 of the Scheduling Order from June 9, 2026 to August 10, 2026.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order extending the deadline for motions requesting joinder of additional parties or amendment of pleadings from June 9, 2026 to August 10, 2026, and grant such further relief as the Court deems just and proper.

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff certifies that they conferred with counsel for Defendant via email on June 3, 2026. Defendant does not oppose the relief sought in this motion.


Dated: June 8, 2026                      Respectfully submitted,

                                         By: */s/ Cassandra P. Miller*
                                             Cassandra P. Miller
                                             Samuel J. Strauss
                                             STRAUSS BORRELLI PLLC
                                             One Magnificent Mile
                                             980 N Michigan Avenue, Suite 1610
                                             Chicago, IL 60611
                                             Telephone: (872) 263-1100
                                             Facsimile: (872) 263-1109
                                             cmiller@straussborrelli.com
                                             sam@straussborrelli.com

                                             Anthony I. Paronich
                                             PARONICH LAW, P.C.
                                             350 Lincoln St., Suite 2400
                                             Hingham, MA 02043

3

Telephone: (617) 485-0018
anthony@paronichlaw.com

Sharon K. Campbell
LAW OFFICE OF SHARON K. CAMPBELL
3500 Oak Lawn Ave., Suite 205
Dallas, TX 75219
Telephone: (214) 351-3260
Facsimile: (214) 443-6055
sharon@sharonkcampbell.com

*Attorneys for Plaintiff and the Proposed Class*

4