**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS**

|  |  |
|---|---|
| **JOSHUA WILSON**, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**WASH MASTERS, L.P.**,<br><br>Defendant. | Case No. 4:26-cv-00217-O<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO AMEND PLEADINGS AND JOIN PARTIES** |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO AMEND PLEADINGS AND JOIN PARTIES**

Before the Court is Plaintiff's Unopposed Motion to Extend Deadline to Amend Pleadings and Join Parties. Having considered the Motion, the Court finds that good cause exists for the requested extension.

IT IS THEREFORE ORDERED that Plaintiff's Unopposed Motion is GRANTED.

IT IS FURTHER ORDERED that the deadline set forth in Paragraph 2 of the Scheduling Order (ECF No. 13) for motions requesting joinder of additional parties or amendment of pleadings is extended from June 9, 2026, to August 10, 2026.

All other deadlines set forth in the Scheduling Order remain unchanged.

SO ORDERED.

SIGNED this _____ day of _____, 2026.

_____
REED O'CONNOR
UNITED STATES DISTRICT JUDGE

1