**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JOSHUA WILSON** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No.  4:26-CV-00217-O** |
| | § | |
| **WASH MASTERS, L.P.** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

Before the Court is Plaintiff Joshua Wilson's Unopposed Motion to Extend Deadline to Amend Pleadings and Join Parties (ECF No. 14). Having considered the Motion and noting it is unopposed, the Court **GRANTS** the Motion. It is hereby **ORDERED** that the deadline to file motions requesting joinder of additional parties or amendment of pleadings is extended to **August 10, 2026**.

**SO ORDERED** on this **9th day** of **June, 2026.**

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**