**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| **JOSHUA WILSON**, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>      v.<br><br>**WASH MASTERS, L.P.**,<br><br>        Defendant. | Case No. 4:26-cv-00217-O<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT** |

Plaintiff Josh Wilson ("Plaintiff"), by and through undersigned counsel, respectfully moves for leave to file the attached First Amended Class Action Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). In support, Plaintiff states as follows:

1.      Plaintiff commenced this action on February 25, 2026, alleging violations of the Telephone Consumer Protection Act.

2.      On April 10, 2026, the Court entered its Scheduling Order establishing June 9, 2026, as the deadline to amend pleadings and join parties.

3.      On June 9, 2026, the Court granted Plaintiff's unopposed motion to extend that deadline, and the current deadline to amend pleadings and join parties is August 10, 2026.

4.      Since the filing of the original Complaint, the parties have engaged in written discovery and third-party discovery. As a result of that discovery, Plaintiff has obtained additional factual information concerning the entities involved in the telemarketing campaign at issue, including the identities and roles of Aradi Properties, LLC and OptSpot, LLC. The proposed First Amended Class Action Complaint adds those entities as defendants and incorporates additional

1

factual allegations learned during discovery regarding their respective involvement in the challenged conduct.

5.     Plaintiff sought Defendant Wash Masters, L.P.'s consent before filing this Motion. By email dated July 21, 2026, counsel for Wash Masters confirmed that Wash Masters does not oppose Plaintiff filing the proposed amended complaint, while reserving all substantive defenses to the allegations contained therein.

6.     Rule 15(a)(2) provides that courts "should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Leave to amend is appropriate here because the amendment is sought within the Court's amended scheduling deadline, is based on information obtained through discovery, will facilitate resolution of all related claims in a single action, and will not prejudice Defendant.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting Plaintiff leave to file the attached First Amended Class Action Complaint as <u>Exhibit 1</u> and for such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED AND DATED this 21st day of July, 2026.

<i>/s/ Anthony Paronich</i>
Anthony Paronich
**PARONICH LAW, P.C.**
350 Lincoln St., Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com

Samuel J. Strauss
Cassandra P. Miller
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100

Facsimile:          (872)          263-1109
sam@straussborrelli.com
cmiller@straussborrelli.com


*Attorneys for Plaintiff*

3