**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JOSHUA WILSON** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No.  4:26-CV-00217-O** |
| | § | |
| **WASH MASTERS, L.P.** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

Before the Court is Plaintiff Joshua Wilson's Unopposed Motion for Leave to File First Amended Class Action Complaint (ECF No. 16). Having considered the Motion and noting it is unopposed, the Court **GRANTS** the Motion. The Clerk of Court is **DIRECTED** to docket ECF No. 16-1 as a separate entry on the docket.

**SO ORDERED** on this **22nd day** of **July, 2026.**

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**