# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| **JOSHUA WILSON** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 4-26-CV-00217-0 |
| | ) |
| **WASH MASTERS, L.P.** | ) |
| | ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

I, Kassandra Dugas, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on July 29, 2026, at 12:36 pm. I delivered these documents to Aradi Properties, LLC in Ellis County, TX on July 31, 2026 at 7:21 pm at 3412 Ovilla Rd, Red Oak, TX 75154-3302 by leaving the following documents with Salma Sharaf who as Manager/Administrator is authorized by appointment or by law to receive service of process for Aradi Properties, LLC.

JUDGE REQUIREMENTS
SUMMONS IN A CIVIL ACTION
NOTICE OF APPEARANCE AS LOCAL COUNSEL
FIRST AMENDED CLASS ACTION COMPLAINT
APPEARANCE OF COUNSEL
Race: Middle Eastern, Sex: Female, Est. Age: 35-44, Hair: Black, Glasses: Y, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=32.5236888889,-96.88715
Photograph: See Exhibit 1

Total Cost: $216.50

My name is Kassandra Dugas, I am 18 years of age or older, and my address is 3970 Granite Hill Dr, Dallas, TX 75241, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *Kassandra Dugas*

Executed in

Dallas County                          ,

TX        on    8/4/2026            .

Kassandra Dugas
+1 (214) 281-7640
Certification Number: PSC-19004
Expiration Date: 10/31/2026

Exhibit 1a)





Exhibit 1b)