**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| JOSHUA WILSON, on behalf of himself and all others similarly situated, | § | |
| | § | |
| Plaintiff, | § | |
| | § | No. 4:26-cv-00217-O |
| v. | § | |
| | § | |
| WASH MASTERS, L.P., ARADI | § | |
| | § | |
| PROPERTIES, LLC, OPTSPOT, LLC | § | |
| Defendants. | | |

**DEFENDANT ARADI PROPERTIES, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING**

Defendant Aradi Properties, LLC ("Aradi"), without waiving and expressly reserving any and all rights, objections, and defenses available to it, respectfully moves the Court, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), for an extension of time to file its answer or other responsive pleading to Plaintiff Joshua Wilson's First Amended Class Action Complaint (ECF No. 18). In support of this Motion, Aradi states as follows:

1.

On July 22, 2026, Plaintiff filed his First Amended Class Action Complaint, adding Aradi Properties, LLC as a defendant in this action. (ECF No. 18.)

2.

Summons was issued to Aradi on July 23, 2026. (ECF No. 21.)

3.

Plaintiff filed a return of service indicating service was executed on Aradi on July 31, 2026. (ECF No. 22.)

4.

Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Aradi's answer or other responsive pleading is due twenty-one (21) days after service—that is, August 21, 2026.

5.

Federal Rule of Civil Procedure 6(b)(1)(A) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time … if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A).

6.

Good cause exists for an extension of time. Aradi was only recently joined as a party to this litigation through Plaintiff's First Amended Complaint filed on July 22, 2026. Undersigned counsel was only recently retained to represent Aradi and requires additional time to investigate the allegations asserted against Aradi, review the pleadings and record in this matter, evaluate potential threshold issues, and determine and prepare the appropriate responsive pleading or motion under the Federal Rules of Civil Procedure.

7.

An extension to and including September 21, 2026, would not prejudice any party or delay the proceedings. No prior extensions of time have been requested by Aradi in this matter.

8.

This Motion is timely filed before the expiration of the current deadline.

9.

Aradi files this Motion solely to obtain additional time to investigate the claims asserted against it and to determine and prepare its response to the First Amended Class Action Complaint. By filing this Motion, Aradi does not waive, and expressly reserves, any and all defenses, objections,

rights, and arguments available to it under the Federal Rules of Civil Procedure or otherwise, including without limitation any defenses under Rule 12(b), whether asserted by motion or responsive pleading. Nothing in this Motion, and no order granting it, shall be construed as a waiver of any defense, objection, right, or argument available at law or in equity.

10.

An agreed proposed order accompanies this motion, as required by Northern District of Texas Local Rule 7.1(c).

11.

Pursuant to Local Rule 7.1(a), Aradi's counsel conferred with counsel for Plaintiff on August 20, 2026, by email. Plaintiff does not oppose this Motion.

**WHEREFORE**, Aradi Properties, LLC respectfully requests that the Court grant this Motion and enter the attached Proposed Order extending the deadline for Aradi to answer, move, or otherwise respond to Plaintiff's First Amended Class Action Complaint (ECF No. 18) through and including September 21, 2026, and grant such other and further relief to which Aradi may be justly entitled, without waiver of any defenses, objections, rights, or arguments.

Respectfully submitted,

*By: /s/ Kathryne (Kate) M. Morris*

**Cathy L. Altman**
Texas Bar No. 00794946
Email: caltman@ccsb.com
**Kathryne (Kate) M. Morris**
Texas Bar No. 24061280
Email: kmorris@ccsb.com
**Lance Currie**
Texas Bar No. 24065106
Email: lcurrie@ccsb.com
**Alexander M. Breaux**
Texas Bar No. 24150777
Email: abreaux@ccsb.com
**CARRINGTON, COLEMAN,**

**SLOMAN & BLUMENTHAL, L.L.P.**
2200 Ross Ave., Suite 1800
Dallas, Texas 75201
(214) 855-3000 – Telephone
(214) 580-2641 – Facsimile

*Attorneys for Aradi Properties, LLC*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that, pursuant to Local Rule 7.1(a), counsel for Aradi Properties, LLC conferred with counsel for Plaintiff Joshua Wilson on August 20, 2026, by email. The parties reached an agreement, and Plaintiff does not oppose this Motion.

*/s/ Kathryne (Kate) M. Morris*
Kathryne M. Morris

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system on August 21, 2026, which will send notification of such filing to all counsel of record in the above-captioned matter, in accordance with the Federal Rules of Civil Procedure.

*/s/ Kathryne (Kate) M. Morris*
Kathryne M. Morris