Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

Filing Fee: $300

## Certificate of Formation
## Limited Liability Company

**Filed in the Office of the Secretary of State of Texas**
**Filing #: 804619488 06/22/2022**
**Document #: 1157743000005**
**Image Generated Electronically for Web Filing**

**Article 1 - Entity Name and Type**

The filing entity being formed is a limited liability company. The name of the entity is:

**ARADI PROPERTIES, LLC**

**Article 2 – Registered Agent and Registered Office**

☐ A. The initial registered agent is an organization (cannot be company named above) by the name of:

**OR**

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below:

**Name:**
**Mohamed Sharaf**

C. The business address of the registered agent and the registered office address is:

**Street Address:**
**105 YMCA Drive Waxahachie TX 75165**

**Consent of Registered Agent**

☐ A. A copy of the consent of registered agent is attached.

**OR**

☑ B. The consent of the registered agent is maintained by the entity.

**Article 3 - Governing Authority**

☑ A. The limited liability company is to be managed by managers.

**OR**

☐ B. The limited liability company will not have managers. Management of the company is reserved to the members.

The names and addresses of the governing persons are set forth below:

Manager 1: **Mohamed Sharaf** Title: **Manager**

Address: **P.O. Box 2599 Waxahachie TX, USA 75168**

**Article 4 - Purpose**

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

**Supplemental Provisions / Information**

# EXHIBIT A

[The attached addendum, if any, is incorporated herein by reference.]

**Initial Mailing Address**

Address to be used by the Comptroller of Public Accounts for purposes of sending tax information.

The initial mailing address of the filing entity is:

**P.O. Box 2599**
**Waxahachie, TX 75168**
**USA**

**Organizer**

The name and address of the organizer are set forth below.

**Brooke Daves** **P.O. Box 2599, Waxahachie, TX 75168**

**Effectiveness of Filing**

☑ A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

**Execution**

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Brooke Daves**

Signature of Organizer

**FILING OFFICE COPY**

Comptroller of Public Accounts FORM

05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196 Franchise

■ Taxpayer number: 3 2 0 8 5 1 5 8 9 5 7

■ Report year: 2 0 2 3

***You have certain rights*** *under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

| | | | |
|---|---|---|---|
| Taxpayer name: ARADI PROPERTIES, LLC | | ■ ◯ Blacken circle if the mailing address has changed. | |
| Mailing address: 105 YMCA DR | | | Secretary of State (SOS) file number or Comptroller file number |
| City: WAXAHACHIE | State: TX | ZIP code plus 4: 75165 | 0804619488 |

◯ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: 105 YMCA DRIVE, WAXAHACHIE, TX, 75165

Principal place of business: 105 YMCA DRIVE, WAXAHACHIE, TX, 75165

1000000000015

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

**Please sign below! This report must be signed to satisfy franchise tax requirements.**

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration (m m d d y y) |
|---|---|---|---|
| MOHAMED SHARAF | MANAGER | ◯ YES | |
| Mailing address: PO BOX 2599 | City: WAXAHACHIE | State: TX | ZIP Code: 75168 |
| Name | Title | Director | Term expiration (m m d d y y) |
| | | ◯ YES | |
| Mailing address | City | State | ZIP Code |
| Name | Title | Director | Term expiration (m m d d y y) |
| | | ◯ YES | |
| Mailing address | City | State | ZIP Code |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C** Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

Agent: MOHAMED SHARAF

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Office | City | State | ZIP Code |
|---|---|---|---|
| 105 YMCA DRIVE | WAXAHACHIE | TX | 75165 |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here | Title | Date | Area code and phone number |
|---|---|---|---|
| MOHAMED SHARAF | PRESIDENT | | ( 469 ) 517 - 2000 |

**Texas Comptroller Official Use Only**

VE/DE ◯ PIR IND ◯