**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| JOSHUA WILSON, on behalf of himself and all others similarly situated, | § | |
| | § | |
| Plaintiff, | § | |
| | § | No. 4:26-cv-00217-O |
| v. | § | |
| | § | |
| WASH MASTERS, L.P., ARADI | § | |
| | § | |
| PROPERTIES, LLC, OPTSPOT, LLC | § | |
| Defendants. | | |

**ORDER GRANTING DEFENDANT**
**ARADI PROPERTIES, LLC'S MOTION TO DISMISS**

Pending before the Court is Defendant Aradi Properties, LLC's Motion to Dismiss With Prejudice Plaintiff Joshua Wilson's First Amended Class-Action Complaint against Aradi Properties, LLC under Federal Rule of Civil Procedure Rule 12(b)(6) [or 12(b)(1) or (12(b)(5)].

Having considered the Motion to Dismiss and the First Amended Class-Action Complaint the motion is hereby **GRANTED**. Joshua Wilson's claim against Aradi Properties, LLC is **DISMISSED UNDER RULE 12(b)(6)** with prejudice. Because there are no remaining claims against Aradi Properties, LLC, the Clerk is directed to remove Aradi Properties, LLC from the docket. It is so **ORDERED**.

[**Alternative:** Having considered the Motion to Dismiss and the First Amended Class-Action Complaint the motion is hereby **GRANTED**. Joshua Wilson's claim against Aradi Properties, LLC is **DISMISSED UNDER RULE 12(b)(1)** for lack of standing

with prejudice. Because there are no remaining claims against Aradi Properties, LLC, the Clerk is directed to remove Aradi Properties, LLC from the docket. It is so **ORDERED**.]

[**Alternative:** Having considered the Motion to Dismiss and the First Amended Class-Action Complaint the motion is hereby **GRANTED**. Joshua Wilson's claim against Aradi Properties, LLC is **DISMISSED UNDER RULE 12(b)(5)** for insufficient service of process without prejudice. Because there are no remaining claims against Aradi Properties, LLC, the Clerk is directed to remove Aradi Properties, LLC from the docket. It is so **ORDERED**.]

August ______, 2026

_________________________________
**REED O'CONNOR**
**CHIEF UNITED STATES DISTRICT JUDGE**