**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JOSHUA WILSON** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-CV-00217-O** |
| | § | |
| **WASH MASTERS, L.P.** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

Before the Court is Defendant Aradi Properties, LLC's Unopposed Motion for Extension of Time (ECF No. 24). In light of Defendant Aradi filing a motion to dismiss (ECF No. 25), Defendant's Motion for Extension of Time (ECF No. 24) is **DENIED as moot**.

**SO ORDERED** on this **24th day** of **August, 2026.**

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE