# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| **Joshua Wilson**<br>*Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:26-cv-00217-O |
| **Wash Masters, L.P.**<br>*Defendant* | ) | |

## AFFIDAVIT OF NONSERVICE

I, George Elkins, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on July 24, 2026, at 10:43 am. After careful inquiry and diligent attempts, I was unable to serve OptSpot, LLC.

APPEARANCE OF COUNSEL
NOTICE OF APPEARANCE AS LOCAL COUNSEL
FIRST AMENDED CLASS ACTION COMPLAINT
Chief District Judge Reed O'Connor
SUMMONS IN A CIVIL ACTION

Serve Attempt #1
Date / Time: July 25, 2026 9:21 pm
Address: 2290 W Maplewood St, Chandler, AZ 85286-6724
Photo: See Exhibit 1a below
Geolocation: https://google.com/maps?q=33.2810373333,-111.8814908833
Description of attempt: No contact was made at the service address. Observed that there were no vehicles at the location. Attempted to speak with neighbors. No one answered.

Serve Attempt #2
Date / Time: July 29, 2026 9:11 pm
Address: 2290 W Maplewood St, Chandler, AZ 85286-6724
Photo: See Exhibit 2a below

Geolocation: https://google.com/maps?q=33.2809440167,-111.88147135
Description of attempt: No contact was made at the service address. Observed that there were no vehicles at the location. Attempted to speak with neighbors. No one answered.

Serve Attempt #3
Date / Time: July 30, 2026 11:57 am
Address: 2290 W Maplewood St, Chandler, AZ 85286-6724
Photo: See Exhibits 3a, 3b below
Geolocation: https://google.com/maps?q=33.2810045179,-111.8814747646
Description of attempt: No contact was made at the service address. A vehicle was parked in the driveway. Attempted to speak with neighbors. No one answered.

Serve Attempt #4
Date / Time: August 1, 2026 9:11 am
Address: 2290 W Maplewood St, Chandler, AZ 85286-6724
Photo: See Exhibits 4a, 4b below
Geolocation: https://google.com/maps?q=33.2809396667,-111.8814691833
Description of attempt: No contact was made at the service address. A vehicle was parked in the driveway. Attempted to speak with neighbors. No one answered.

Total Cost: $110.25

My name is George Elkins, I am 18 years of age or older, and my address is 820 South California, Parker, AZ 85344, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ George Elkins

George Elkins
+1 (928) 302-6709

Executed in
Maricopa County,
AZ on 8/6/2026.


Exhibit 1a)


Exhibit 2a)


Exhibit 3a)


Exhibit 3b)
ACURA
ZDA 3F2
MDX


Exhibit 4a)
ACURA
ZDA 3F2
MDX


Exhibit 4b)

# RETURN OF NON-SERVICE

**State of Texas** **County of Northern** **United States District Court**

Case Number: 4:26-CV-00217-O

Plaintiff:

vs.

Defendant:

For:
Strauss Borrelli PLLC
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611

Received by Dispatch Process, LLC on the 7th day of August, 2026 at 7:00 am to be served on **OptSpot, LLC c/o Jennifer McClendon, Registered Agent, 73 Matts Way, Santa Rosa Beach, FL 32459-7563**.

I, RACHAEL SHULTZ, LLC #022,#708, do hereby affirm that on the **18th day of August, 2026** at **2:54 pm, I:**

**NON-SERVED** the **Summons in a Civil Action, Appearance of Counsel, Notice of Appearance as Local Counsel,First Amended Class Action Complaint,** for the reason that I failed to find **OptSpot, LLC c/o Jennifer McClendon, Registered Agent** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
8/15/2026 10:13 am Attempt made at 73 Matts Way, Santa Rosa Beach, FL 32459-7563, no answer.
8/14/2026 11:09 am Attempted Service, no answer.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

**RACHAEL SHULTZ, LLC #022,#708**
Process Server #022

**Dispatch Process, LLC**
**3267 Belle Meade Trl.**
**Tallahassee, FL 32311**
**(850) 631-6144**

Our Job Serial Number: GPI-2026006299
Ref: 1951297

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0g