Gmail **Anthony Paronich <anthony@paronichlaw.com>**

## RE: Subpoena to Produce Documents - Wilson, et al. v. Wash Masters, L.P., Case No. 4:26-cv-00217-O (N.D. Tex.)

1 message

**Anthony Paronich** <anthony@paronichlaw.com> Thu, May 28, 2026 at 5:42 PM
To: Levi McClendon <levi@optspot.com>
Cc: TCPA Team <TCPA@straussborrelli.com>
Bcc: Anthony Paronich <anthony@paronichlaw.com>

Dear Mr. McClendon:

Thank you for your May 27, 2026 response to Plaintiffs' subpoena and for producing documents concerning Plaintiff Joshua Wilson's telephone number.

After reviewing the production and your objections, Plaintiffs believe additional information responsive to Requests Nos. 1 and 2 remains outstanding. Specifically, your response does not identify the corporate name and other related information identifying the entities on whose behalf OptSpot transmitted text messages to Plaintiff's phone number, despite the subpoena expressly requesting "[t]he entity that sent the message or that you sent it on behalf of."

The materials produced appear limited to a single Wash Masters campaign associated with the "Grand Prairie, Mayfield Rd and Hwy 360" location. However, your letter acknowledges that OptSpot maintains records reflecting communications sent to Plaintiff's number on behalf of multiple clients. At minimum, Plaintiffs are entitled to know the exact legal names of each entity or customer for whom OptSpot transmitted messages to Plaintiff's telephone number during the relevant period.

This information is directly relevant to Plaintiffs' TCPA claims, including issues concerning:

- the source of the messages sent to Plaintiff;
- whether multiple entities used the same lead-generation or consent process;
- the existence and scope of any purported consent;
- potential agency relationships; and
- whether additional responsible parties exist.

Importantly, Plaintiffs are not presently requesting production of other customers' confidential marketing data, customer lists, or unrelated message content. Rather, we are requesting identification of the specific entities associated with communications to Plaintiff's number, which is narrowly tailored and proportional to the needs of the case in a case alleging violations of federal law for contacting the Plaintiff's number.

Please supplement your response by producing:

1. The exact legal name of every entity or customer on whose behalf OptSpot sent text messages or calls to Plaintiff's phone number, (469) 836-0892, from April 2022 to the present;
2. The dates during which each entity transmitted messages to Plaintiff's number; and
3. Any DBA or franchise relationship associated with those entities.

Please provide a supplemental response by June 4, 2026. If OptSpot declines to supplement, Plaintiffs will consider seeking relief from the Court, including a motion to compel.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

**From:** Levi McClendon <levi@optspot.com>
**Sent:** Wednesday, May 27, 2026 4:01 PM
**To:** anthony@paronichlaw.com
**Subject:** Subpoena to Produce Documents - Wilson, et al. v. Wash Masters, L.P., Case No. 4:26-cv-00217-O (N.D. Tex.)

May 27, 2026

Anthony Paronich, Esq.
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

Re: Subpoena to Produce Documents — Wilson, et al. v. Wash Masters, L.P.
Case No. 4:26-cv-00217-O (N.D. Tex.)

Dear Mr. Paronich,

We are writing in response to the subpoena directed to OptSpot, LLC, which was served on May 26, 2026.

We are not a party to this litigation. OptSpot provided text messaging services to Wash Masters franchisees as a vendor. We want to be cooperative and responsive to your request, and we have done our best to pull together everything relevant to this case.

We are attaching the following documents related to the phone number (469) 836-0892 and its history with Wash Masters:

1. A complete log of all outbound text messages sent to this number on behalf of Wash Masters (July 2024 through February 2026).
2. The opt-in record showing this number voluntarily subscribed to Wash Masters text messaging on July 29, 2024.
3. The original Google Ad form submission, including the submission ID, date and time stamp, IP address, and the Wash Masters location the subscriber selected.
4. A screenshot of the Google Ad showing the consent language that was displayed to the subscriber at the time of opt-in.

We want to be transparent: the subpoena as written asks for all communications to this number across all clients, not just Wash Masters. OptSpot serves other businesses that have no connection to this case, and we have an obligation to protect the confidentiality of their customer data. For that reason, we are limiting this production to records related to Wash Masters only. If you believe additional records are necessary, we are open to discussing that, but we would need a clearer explanation of how other clients' data is relevant to this litigation before we could produce it.

We also want to note that the compliance deadline listed on the subpoena (May 14, 2026) predates the date we were actually served (May 26, 2026), so we are treating today as the start of our response window.

We hope this production is helpful to your case. Please feel free to reach out directly if you have any questions or need anything further related to Wash Masters.

Sincerely,

Levi McClendon
CEO
OptSpot, LLC
levi@optspot.com

---

**4 attachments**




**google-ad-screenshot.png**
359K

**sent-messages.csv**
12K

**received-opt-in.csv**
1K

**google-ad-form-submission.pdf**
20K