# Arizona Business Center

Login Register

## Business Search

Back

Home > Business Search > Business Information

Business Name
**OPTSPOT, LLC**

Business Type
**Domestic Limited Liability Company**

Business ID
**L19012887**

State of Formation/Jurisdiction

Principal Office Address
**% 2290 W MAPLEWOOD ST, CHANDLER, AZ, Maricopa, 85286, United States**

Mailing Address
**-**

Date of Formation
**01/28/2014**

Status Date
**-**

Management Structure
**Manager Managed**

Period of Duration
**Perpetual**

Business Status
**Active**

Reason for Status
**In Good Standing**

## Character of Business

-

## Statutory Agent Information

Agent Type
**Individual**

Agent Name
**JENNIFER MCCLENDON**

Status
**Active**

Physical Address Attention
-

Statutory Agent Address (Physical Address)
**2290 W MAPLEWOOD ST, CHANDLER, AZ, 85286, United States**

Mailing Address Attention
-

Mailing Address
**2290 W MAPLEWOOD ST, CHANDLER, AZ, 85286, United States**

Effective Date
-

## Principals Information (1)

| Title | Principal Type | Name | Attention | Address |
|---|---|---|---|---|
| Manager | Individual | JENNIFER MCCLENDON | - | 2290 W MAPLEWOOD ST, CHANDLER |

Filing History Name History Stat. Agent History Service History Restructuring History Microfilm H

| Filing Date/Time | Work Order Number | Filing Type | Status | View Document |
|---|---|---|---|---|