**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JOSHUA WILSON** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-CV-00217-O** |
| | § | |
| **WASH MASTERS, L.P.** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

Before the Court is Plaintiff's Motion for Alternate Service Upon Defendant OptSpot, LLC. ECF No. 28. Plaintiff therefore requests that the Court authorize substituted service by email and by certified mail to the address at which Plaintiff has already attempted personal service. *Id.* at 1.

Plaintiff's Complaint identifies Defendant OptSpot, LLC ("OptSpot") as a "business entity" and Levi McClendon as its Chief Executive Officer. *See* ECF No. 18 at 2; ECF No. 28 at 2. Federal Rule of Civil Procedure 4(h)(1)(A) permits service on a corporation, partnership, or other unincorporated association "in the manner prescribed by Rule 4(e)(1) for serving an individual." Rule 4(e)(1) permits service by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made." FED. R. CIV. P. 4(e)(1).

Texas permits substituted service of process "electronically by social media, email, or other technology, that . . . will be reasonably effective to give the defendant notice of the suit." TEX. R. CIV. P. 106. The Secretary of State may also receive substituted service of process if the entity no longer maintains a registered agent at its registered office. TEX. BUS. ORGS. CODE § 5.251. Further,

"if the registered agent of the entity cannot with reasonable diligence be found at the registered office of the entity," a plaintiff may serve the Secretary of State. *Id.*

Courts have determined that service by email is appropriate when "(1) the plaintiff made diligent efforts to effect traditional service at a physical address and (2) the defendant recently used the email address." *Rock Island Auction Co. v. Dean*, No. 3:23-cv-2642-S-BN, 2024 WL 1837970 at *4 (N.D. Tex. Apr. 26, 2024) (citing *Sec. & Exch. Comm'n v. Plummer*, No. 3:21-cv-2331-B, 2022 WL 1643958, at *2 (N.D. Tex. May 23, 2022)). An email address was "recently used" if it was used for communication within three months of the date that the motion for substituted service was filed, but email communication more than six months from the date the motion was filed does not qualify as "recently used." *Rock Island*, 2024 WL 1837970 at *4; *Selippos Tech., Ltd. v. First Mountain Bancorp*, No. 4:12-cv-01508, 2013 WL 1181469, at *1, *3 (S.D. Tex. Mar. 20, 2013) (finding that the person to be served had used the email address "recently" when the record indicated email correspondence in the last three months).

Plaintiff's representation that he has attempted to effect service on Defendant OptSpot at least four times[1] satisfies the Court that Plaintiff has made diligent efforts to effect traditional service at a physical address. Plaintiff represents that McClendon has responded to emails from the email address levi@optspot.com as recently as June 1, 2026.[2] Thus, the Court finds that together these support the email being used recently enough to reasonably give Defendants notice of the suit.

Accordingly, the Court **GRANTS** Plaintiff's Motion for Substituted Service by emailing Defendant OptSpot at levi@optspot.com and authorizes Plaintiff to additionally transmit the

[1] Exhibit 1, ECF No. 28-1.
[2] Exhibit 3, ECF No. 28-3.

Summons and First Amended Class Action Complaint by certified mail, return receipt requested, addressed to: OptSpot, LLC 2290 W. Maplewood Street Chandler, Arizona 85286-6724.

It is **ORDERED** that service shall be deemed complete upon Plaintiff's transmission of the Summons and First Amended Class Action Complaint by email and deposit of those documents in the United States mail as authorized by the Court.

Plaintiff **SHALL** file on the docket of this case evidence showing Plaintiff's service of Defendants as outlined above no later than **September 22, 2026**.

**SO ORDERED** on this **8th day** of **September, 2026.**

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE