**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**AT FORT WORTH**

| | |
|---|---|
| **JOSHUA WILSON**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**WASH MASTERS, L.P.**, **ARADI PROPERTIES, LLC**, and **OPTSPOT, LLC**,<br><br>Defendants. | No. 4:26-cv-00217-O<br><br>Honorable Chief District Judge Reed O'Connor |

**PROOF OF SERVICE**

PURSUANT TO this Court's September 9, 2026 Order authorizing alternative service of the Summons and First Amended Class Action Complaint on Defendant OptSpot, LLC, service was completed upon Defendant OpotSpot LLC as outlined below.

**Electronic Service.** On September 16, 2026, electronic service was satisfied by transmitting the Summons and First Amended Class Action Complaint to OptSpot, LLC to levi@optspot.com. *See* Exhibit A.

**Certified-Mail Service.** On September 16, 2026, service by certified mail, return receipt requested, was initiated by depositing the Summons and First Amended Class Action Complaint in the United States mail, postage prepaid, to OptSpot, LLC, 2290 W. Maplewood Street, Chandler, Arizona 85286. *See* Exhibit B.

Service by certified mail could not be accomplished. The United States Postal Service indicated on September 21, 2026 that package was returned to sender "…because the addressee was not known at the delivery address noted on the package." *See* Exhibit C.

*[Counsel signatures to follow on next page.]*

RESPECTFULLY SUBMITTED this 22nd day of September, 2026.

*/s/ Cassandra P. Miller*
Cassandra P. Miller
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com

*/s/ Anthony I. Paronich*
Anthony Paronich
**PARONICH LAW, P.C.**
350 Lincoln St., Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com

*/s/ Sharon K. Campbell*
Sharon K Campbell
**LAW OFFICE OF**
**SHARON K CAMPBELL**
3500 Oak Lawn Ave, Suite 205
Dallas, TX 75219
Telephone: (214) 351-3260
Facsimile: (214) 443-6055
sharon@sharonkcampbell.com

*Counsel for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

I, Cassandra P. Miller, hereby certify that on September 22, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 22nd day of September, 2026.

*/s/ Cassandra P. Miller*

Cassandra P. Miller
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com