# — EXHIBIT A —

**Caralina Casperson**

| | |
|---|---|
| **From:** | Anthony Paronich <anthony@paronichlaw.com> |
| **Sent:** | Wednesday, September 16, 2026 11:02 AM |
| **To:** | Levi McClendon |
| **Cc:** | TCPA Team |
| **Subject:** | Service of Documents - Wilson, et al. v. Wash Masters, L.P., Case No. 4:26-cv-00217-O (N.D. Tex.) |
| **Attachments:** | 2026-07-24 - Doc 18 - Pl 1AC.pdf; 2026-07-24 - Doc 21 - Summons Issued as to Aradi Properties, LLC, OptSpot, LLC.pdf; ORDER Before the Court is Plaintiff's Motion for Alternate Service Upon Defendant OptSpot, LLC..pdf |

Mr. McClendon:

Pursuant to the Court's September 9, 2026 Order granting Plaintiff's Motion for Substituted Service, attached please find the following documents served upon Defendant OptSpot, LLC:

1. Summons; and
2. Plaintiff's First Amended Class Action Complaint.

Copies of these documents are also being sent today by certified mail, return receipt requested, to:

OptSpot, LLC
2290 W. Maplewood Street
Chandler, Arizona 85286-6724

This email constitutes service as authorized by the Court's Order.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.