# — EXHIBIT B —

**Caralina Casperson**

| | |
|---|---|
| **From:** | Callie Swanberg |
| **Sent:** | Tuesday, September 15, 2026 11:36 AM |
| **To:** | Caralina Casperson |
| **Subject:** | [Wash Masters] Shipment Notice: A package has been shipped to you |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |
| **Categories:** | Caralina Handling |

A package was shipped to you via the U.S. Postal Service and will be delivered to:

OPTSPOT, LLC,
2290 W MAPLEWOOD ST
CHANDLER, AZ 85286

Shipment Date: September 15, 2026
Mail Class: USPS First-Class Mail®
Tracking Number: 9414711899561395581626

Check the package status with Stamps.com:
http://www.stamps.com/tracking-details/?t=9414711899561395581626

The shipment information contained in this email is provided by Stamps.com.
For questions about this package, please contact the
sender of this email or the U.S. Postal Service

==========================================================================
Print official USPS postage from your own printer with Stamps.com, and
eliminate trips to the Post Office forever!
Sign up at http://www.stamps.com/freeoffer and receive our special
introductory offer. Try it risk free today!
==========================================================================

Strauss Borrelli PLLC

**Callie Swanberg** *She/Her*
Receptionist

980 N Michigan Ave., Suite 1610, Chicago, IL 60611
P: 872.263.1100 F: 872.263.1109
E: cswanberg@straussborrelli.com
straussborrelli.com

The information contained in this message is confidential and intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this message and then deleting this message from your computer.