# — EXHIBIT C —

**Tracking Number:**

# 9414711899561395581626

Copy Add to Informed Delivery

## Latest Update

Your item was returned to the sender on September 21, 2026 at 1:45 pm in CHANDLER, AZ 85286 because the addressee was not known at the delivery address noted on the package.

---

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

## Alert

**Addressee Unknown**
CHANDLER, AZ 85286
September 21, 2026 1:45 PM

**Arrived at USPS Facility**
PHOENIX AZ DISTRIBUTION CENTER
September 19, 2026 3:00 PM

**Accepted at USPS Facility**
PHOENIX AZ DISTRIBUTION CENTER
September 19, 2026 1:45 PM

**Shipping Label Created**
CHICAGO, IL 60611
September 15, 2026 1:24 PM

Hide Tracking History

**What Do USPS Tracking Statuses Mean?**

**Tracking Number:** 9414711899561395581626 **Shipped by:** USPS

# Arrives Unknown

Your item was returned to the sender on September 21, 2026 at 1:45 pm in CHANDLER, AZ 85286 because the addressee was not known at the delivery address noted on the package.

**Processing** **In Transit** **Delivered**

# Tracking Details

| Date | Status | Location |
|---|---|---|
| **Mon, Sep 21, 2026** | Addressee Unknown | **CHANDLER, AZ, 85286** |
| **Sat, Sep 19, 2026** | Arrived at USPS Facility | **PHOENIX AZ DISTRIBUTION CENTER, 85043** |
| **Sat, Sep 19, 2026** | Accepted at USPS Facility | **PHOENIX AZ DISTRIBUTION CENTER, 85043** |

**Tue, Sep 15, 2026** Shipping Label Created **CHICAGO, IL, 60611**