**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| JOSHUA WILSON, on behalf of himself and all others similarly situated, | § | |
| | § | |
| Plaintiff, | § | |
| | § | No. 4:26-cv-00217-O |
| v. | § | |
| | § | |
| WASH MASTERS, L.P., ARADI | § | |
| | § | |
| PROPERTIES, LLC, OPTSPOT, LLC | § | |
| Defendants. | | |

**ORDER GRANTING AGREED MOTION TO CONTINUE TRIAL SETTING AND MODIFY SCHEDULING ORDER**

Before the Court is Defendant Aradi Properties, LLC's Agreed Motion to Continue Trial Setting and Modify Scheduling Order (ECF No. ___). Having considered the Motion, and noting that it is agreed, the Court finds good cause under Federal Rule of Civil Procedure 16(b)(4).

It is therefore **ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED** that this case is hereby reset for trial on **_______________ ___, 20__**.

It is further **ORDERED** that all other unexpired deadlines set forth in the Scheduling Order (ECF No. 13) are hereby extended by one hundred eighty (180) days.

It is further **ORDERED** that the deadline for Aradi to seek leave to amend its pleadings, join additional parties, or assert third-party claims is thirty (30) days after Aradi files its answer.

**SO ORDERED on this __ day of _____________, 2026.**

______________________________________

**REED O'CONNOR**
**CHIEF UNITED STATES DISTRICT JUDGE**

**AGREED AS TO FORM AND SUBSTANCE:**

*/s/ Cathy L. Altman*
**Cathy L. Altman**
Texas Bar No. 00794946
Email: caltman@ccsb.com
**Kathryne (Kate) M. Morris**
Texas Bar No. 24061280
Email: kmorris@ccsb.com
**D. Lance Currie**
Texas Bar No. 24065106
Email: lcurrie@ccsb.com
**Alexander M. Breaux**
Texas Bar No. 24150777
Email: abreaux@ccsb.com
**CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P.**
2200 Ross Ave., Suite 1800
Dallas, Texas 75201
(214) 855-3000 – Telephone
(214) 580-2641 – Facsimile

*Attorneys for Defendant Aradi Properties, LLC*

Brian C. Newby
State Bar No. 14947320
bnewby@canteyhanger.com
Derek Carson
State Bar No. 24085240
dcarson@canteyhanger.com
W. Andrew Boone
State Bar No. 24137937
aboone@canteyhanger.com
CANTEY HANGER, LLP
600 W. 6th Street, Suite 300
Fort Worth, Texas 76102
Telephone: 817-877-2800
Facsimile: 817-877-2807

**ATTORNEYS FOR DEFENDANT WASH MASTERS, L.P.**

*/s/ Anthony Paronich*
(signed with permission)

Samuel J. Strauss
Cassandra P. Miller
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
cmiller@straussborrelli.com

Anthony Paronich
**PARONICH LAW, P.C.**
350 Lincoln St., Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com

Sharon K. Campbell
6220 Campbell Rd, Suite 300
Dallas, Texas 75248
Telephone: (214) 351-3260
sharon@dallasconsumerattorney.com

*Attorneys for Plaintiff Joshua Wilson*