**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JOSHUA WILSON** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-CV-00217-O** |
| | § | |
| **WASH MASTERS, L.P.** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

Before the Court is Defendant Aradi Properties, LLC's Agreed Motion to Continue Trial Setting and Modify Scheduling Order (ECF No. 33). After reviewing the Motion, the Court **DENIES** the requested relief. The Court has an obligation to ensure this case moves at a diligent pace toward final resolution. *See* FED. R. CIV. P. 1 (identifying the duty to "secure the just, *speedy*, and inexpensive determination of every action and proceeding" (emphasis added)). Defendant fails to provide sufficient good cause to justify such a lengthy extension when it is the general practice of this Court set trial for approximately one year after the date the initial complaint was filed. *See* ECF No. 8 at 2. Should the timing of the case require it, the parties may move for a limited extension of certain pretrial deadlines.

**SO ORDERED** on this **30th day** of **September, 2026.**

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE