UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOSHUA WILSON, on behalf of himself and all others similarly situated, | § | |
| Plaintiff, | § | No. 4:26-cv-00217-O |
| vs. | § | |
| WASH MASTERS, L.P., | § | |
| Defendant. | § | |

**DEFENDANT WASH MASTERS, L.P.'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendant Wash Masters, L.P. ("Wash Masters") hereby moves for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c).

**SUMMARY**

Plaintiff Joshua Wilson brings this proposed class-action suit against Wash Masters, Aradi Properties, LLC ("Aradi"), and OptSpot, LLC ("OptSpot"), seeking damages under the Telephone Consumer Protection Act (the "Act") and the Texas Telephone Solicitation Act (the "Texas Act"). Wilson alleges that Wash Masters exercised agency authority over a party that sent him text messages in violation of both laws. For the reasons more fully laid out in the brief accompanying this motion, Wash Masters seeks judgment on the pleadings as to all Wilson's claims because (1) text messages do not qualify as "telephone calls" under 47 U.S.C. § 227(c)(5); (2) the texts Wilson received are not covered by the text of the relevant regulation, 47 C.F.R. § 64.1200(d); and (3) Wilson's claims fail under the Texas Act, as well. For those reasons, Wash Masters urges the Court to enter judgment on the pleadings as to all Wilson's claims against Wash Masters.

Respectfully submitted,

/s/ W. Andrew Boone

Brian C. Newby
State Bar No. 14947320
bnewby@canteyhanger.com
Derek Carson
State Bar No. 24085240
dcarson@canteyhanger.com
W. Andrew Boone
State Bar No. 24137937
aboone@canteyhanger.com
CANTEY HANGER, LLP
600 W. 6th Street, Suite 300
Fort Worth, Texas 76102
Telephone: 817-877-2800
Facsimile: 817-877-2807

**ATTORNEYS FOR DEFENDANT WASH MASTERS, L.P.**

## CERTIFICATE OF SERVICE

I hereby certify that, on the 5th day of October 2026, the attached document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing.

/s/ W. Andrew Boone

Andrew Boone