EXHIBIT
A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JOSHUA WILSON**, individually, and on behalf of all others similarly situated,

*Plaintiff,*

v.

Case No. 4:26-cv-00217-O

**WASH MASTERS, L.P.**,

*Defendant.*

**DEFENDANT WASH MASTERS, L.P.'S SECOND SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST SET OF DISCOVERY**

Under Rule 33 of the Federal Rules of Civil Procedure, Defendant Wash Masters, L.P. hereby serves this second supplemental response to Plaintiff's first set of discovery.

Dated: October 1, 2026.

W. Andrew Boone

Brian C. Newby
State Bar No. 14947320
bnewby@canteyhanger.com
Derek Carson
State Bar No. 24085240
dcarson@canteyhanger.com
W. Andrew Boone
State Bar No. 24137937
aboone@canteyhanger.com
CANTEY HANGER, LLP
600 W. 6th Street, Suite 300
Fort Worth, Texas 76102
Telephone: 817-877-2800
Facsimile: 817-877-2807

**ATTORNEYS FOR DEFENDANT WASH MASTERS, L.P.**

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 1st day of October, the attached document was served on counsel for Plaintiff via email.

W. Andrew Boone

Andrew Boone

## OBJECTIONS AND CONDITIONS

Defendant maintains every objection, condition, and response lodged in its original responses except to the extent modified below.

## INTERROGATORIES

3. Identify the franchisee or entity associated with the Baywash Car Wash or Grand Prairie locations referenced in the Text Messages.

**ANSWER:** Defendant does not know what "Baywash Car Wash" is. Defendant does not have a relationship with a car wash location by that name. The franchisee who owns the Grand Prairie Wash Masters location is called Aradi Properties, LLC. The tenant that operates that location is called Magsal Lynn Creek Inc.

**FIRST AMENDED ANSWER**: There are two Wash Masters locations in Grand Prairie, Texas. It is unclear from the Plaintiff's pleadings and discovery responses which location Plaintiff visited and for which location Plaintiff subscribed to text messages and, thus, which Grand Prairie locations are "referenced in the Text Messages."

Victron Stores, L.P. is the franchisee and owner of the Wash Masters location at 3047 E. Mayfield Rd., Grand Prairie, TX 75052. The tenant who operates that location is called Rameena Washmaster, LLC.

Aradi Properties, LLC is the franchisee and owner of the Wash Masters location at 5702 S. Highway 360, Grand Prairie, Texas 75052. The tenant who operates that location is called Magsal Lynn Creek, Inc.

4. Identify all persons with knowledge of the decision to send text message marketing relating to Wash Masters or any franchisee.

**ANSWER:** Mohamed Sharaf and Abdul "Mason" Alhajkanjo.

**AMENDED ANSWER:** Mohamed Sharaf, Abdul "Mason" Alhajkanjo, Eddie Rammal, and OptSpot, LLC may have knowledge of the decision to send text message marketing relating to Wash Masters franchises in Grand Prairie, Texas.

12. Identify all communications you've had with any third party, other than your counsel, regarding this lawsuit.

**OBJECTION**: Defendant objects to Interrogatory No. 12 as overbroad because it encompasses a range of communications that are not relevant to the claims pending in this suit.

**ANSWER:** Subject to the foregoing objection, Defendant answers that it communicated with Mohamed Sharaf regarding the possible origin of the Text Messages. Defendant also communicated with its insurance carrier, Federated Insurance, which denied coverage on March 17, 2026.

**SUPPLEMENTAL ANSWER:** In addition to the foregoing, Defendant's counsel conferred with counsel for Nautilus via Microsoft Teams on April 10, 2026, regarding Nautilus's potential involvement in sending the Text Messages to Plaintiff. The remainder of the communications responsive to this Interrogatory will be produced in Defendant's supplemental production.

**SECOND SUPPLEMENTAL ANSWER**: In addition to the foregoing, Defendant's counsel conferred with Mason Kanjo, the principal of nonparty Magsal Lynn Creek, Inc., who advised Defendant's counsel that the location referenced in the Text Messages and in

communications from Plaintiff's counsel may have been a separate location under different ownership and management from the location his entity operates.

13. Identify any investigation conducted by Defendant concerning the calls made to Plaintiff after this lawsuit was filed.

**ANSWER:** Defendant contacted Mohamed Sharaf, who owns and operates certain Wash Masters franchises, to inquire about the services used to send marketing communications. As a result of that inquiry, it was determined that OptSpot and Nautilus had been used by Wash Masters operators during the relevant time period.

**SUPPLEMENTAL ANSWER:** To confirm the origin of the Text Messages, Defendant conferred with counsel for Nautilus.

**SECOND SUPPLEMENTAL ANSWER**: See second supplemental answer to Interrogatory 12.