EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOSHUA WILSON, on behalf of himself and all others similarly situated, | § | |
| Plaintiff, | § | |
| vs. | § | No. 4:26-cv-00217-O |
| WASH MASTERS, L.P., | § | |
| Defendant. | § | |

**DEFENDANT WASH MASTERS, L.P.'S SECOND AMENDED DISCLOSURES**

Defendant Wash Masters, LP makes the following second amended disclosures pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure.

Dated: October 1, 2026.

W. Andrew Boone

Brian C. Newby
State Bar No. 14947320
bnewby@canteyhanger.com
Derek Carson
State Bar No. 24085240
dcarson@canteyhanger.com
W. Andrew Boone
State Bar No. 24137937
aboone@canteyhanger.com
CANTEY HANGER, LLP
600 W. 6th Street, Suite 300
Fort Worth, Texas 76102
Telephone: (817) 877-2800
Facsimile: (817) 877-2807

**ATTORNEYS FOR DEFENDANT WASH MASTERS, L.P.**

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 1st day of October 2026, the attached document was served on Plaintiff via email to his counsel.

W. Andrew Boone

Andrew Boone

**Rule 26(a)(1)(A)(i): The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

**RESPONSE:** Based on the information presently available, the table below lists the individuals or entities likely to have knowledge of relevant facts. By indicating the general subject matter of the information these individuals or entities may possess, Defendant does not limit its right to call any individual listed to testify concerning other issues or subjects. The identification of persons likely to have knowledge of relevant facts does not constitute an admission that such persons have knowledge of relevant facts, nor does it waive Defendant's right to object to the deposition testimony of any of the individuals identified. Defendant reserves all rights to make any such objections.

Defendant reserves the right to modify the following list to the extent required by the Federal Rules of Civil Procedure and to identify and call as witnesses additional persons if, during the course of discovery and investigation relating to this case, Defendant learns that such additional persons have knowledge of relevant facts.

| | |
|---|---|
| Joshua Wilson<br>c/o Anthony Paronich<br>Paronich Law, P.C.<br>350 Lincoln St., Suite 2400<br>Hingham, MA 02043<br>(617) 485-0018 | Plaintiff. |
| Wash Masters, L.P.<br>c/o Brian Newby, Derek Carson, and Andrew Boone<br>Cantey Hanger LLP<br>600 W. 6th St., Ste. 300<br>Fort Worth, TX 76102<br>(817) 877-2800 | Defendant. |
| Mohamed Sharaf<br>105 YMCA Drive<br>Waxahachie, TX 75165 | Mohamed Sharaf has knowledge of some of the marketing and messaging platforms used by the operators of Wash Masters locations. |
| OptSpot, LLC<br>101 North Colorado St. #2854<br>Chandler, AZ 85244<br>(866) 776-8790 | Third-party provider of services believed to be used by car wash operators to send text messages to Plaintiff. |

| | |
|---|---|
| Victron Stores, L.P.<br>105 YMCA Drive<br>Waxahachie, TX 75165 | Franchisee of Wash Masters, L.P. that owns the Wash Masters location at 3047 E. Mayfield Rd., Grand Prairie, Texas, and which may have contracted with OptSpot to convey text messages to Plaintiff. |
| Rameena Washmaster, LLC<br>1011 Running Bay<br>Frisco, Texas 75036 | Tenant-operator of Wash Masters location owned by Victron Stores, L.P. May have contracted with OptSpot to convey text messages to Plaintiff. |
| Eddie Rammal<br>1011 Running Bay<br>Frisco, TX 75036<br>(972) 937-0002 | Manager of Rameena Washmaster, LLC who signed a lease agreement between Rameena Washmaster, LLC and Victron Stores, L.P. on behalf of the former. |
| Aradi Properties, LLC<br>105 YMCA Drive<br>Waxahachie, TX 75165 | Franchisee of Wash Masters which owns a Wash Masters location at 5702 S. Highway 360, Grand Prairie, Texas 75052, and which may have contracted with OptSpot to convey text messages to Plaintiff. |
| Magsal Lynn Creek, Inc.<br>3190 Lynn Creek Pkwy<br>Grand Prairie, TX 75052 | Tenant-operator of Wash Masters location owned by Aradi Properties, LLC. May have contracted with OptSpot to convey text messages to Plaintiff. |
| Abdul Alhajkanjo, a/k/a "Mason Kanjo"<br>3901 Bryson Manor Dr.<br>Red Oak, TX 75154 | Principal of Magsal Lynn Creek, Inc., who may have knowledge of the different management of various franchisees. |

**Rule 26(a)(1)(A)(ii): A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

**RESPONSE:** Defendant incorporates its production to date in this case as well as all documents produced by Plaintiff or by third parties in response to subpoenas.

**Rule 26(a)(1)(A)(iii): A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

**RESPONSE:** Defendant has not asserted any claims for damages.

**Rule 26(a)(1)(A)(iv): For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

**RESPONSE:** No such agreement exists.