**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| JOSHUA WILSON, on behalf of himself and all others similarly situated, | § | |
| | § | |
| Plaintiff, | § | |
| | § | No. 4:26-cv-00217-O |
| v. | § | |
| | § | |
| WASH MASTERS, L.P., ARADI | § | |
| | § | |
| PROPERTIES, LLC, OPTSPOT, LLC | § | |
| Defendants. | | |

**ORDER GRANTING ARADI'S UNOPPOSED MOTION TO CONTINUE TRIAL SETTING AND MODIFY SCHEDULING ORDER OR, IN THE ALTERNATIVE, FOR LIMITED EXTENSION OF EXPERT DEADLINES**

Before the Court is Defendant Aradi Properties, LLC's ("Aradi") Unopposed Motion to Continue Trial Setting and Modify Scheduling Order or, in the Alternative, for Limited Extension of Expert Deadlines (the "Motion") (ECF No. ___). Plaintiff and Defendant Wash Masters, L.P. are unopposed to the relief requested. Having considered the Motion, the record, and the applicable law, the Court finds that good cause exists under Federal Rule of Civil Procedure 16(b)(4).

It is therefore **ORDERED** that the Motion is **GRANTED** as set forth below.

It is **ORDERED** that this case is hereby reset for trial on **_______________ ___, 20__**.

It is further **ORDERED** that all other unexpired deadlines set forth in the Scheduling Order (ECF No. 13) are hereby extended by one ninety (90) days.

[Alternative Relief:]

It is further **ORDERED** that Aradi's expert designation, report, and rebuttal deadlines under paragraph 4 of the Scheduling Order are extended by thirty (30) days.

It is further **ORDERED** that the deadline for Aradi to seek leave to amend its pleadings, join

additional parties, or assert third-party claims is thirty (30) days after Aradi files its answer.

**SO ORDERED on this __ day of _____________, 2026.**

_____________________________________________

**REED O'CONNOR**
**CHIEF UNITED STATES DISTRICT JUDGE**