**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JOSH WILSON, on behalf of himself and all others similarly situated,** | ) | |
| **Plaintiff,** | ) | **Civil Case No. 4:26-cv-00217-O** |
| **v.** | ) | |
| **WASH MASTERS, L.P., ARADI PROPERTIES, LLC, OPTSPOT, LLC,** | ) | |
| **Defendants.** | ) | |

**DEFENDANT, OPTSPOT, LLC'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER FIRST AMENDED CLASS ACTION COMPLAINT**

Defendant, OptSpot, LLC, ("OptSpot") through counsel and pursuant to Federal Rules of Civil Procedure, hereby requests this Court enter an Order granting OptSpot an extension of time until October 21, 2026, to answer the First Amended Class Action Complaint filed by plaintiff, Josh Wilson ("Plaintiff"), and states:

1. Plaintiff served OptSpot with the Summons and First Amended Class Action Complaint, on September 16, 2026.

2. The current deadline for OptSpot to file responsive pleadings is October 7, 2026.

3. There has been no prior extension requested or granted.

4. OptSpot's counsel was only recently retained and is still reviewing the file and investigating Plaintiff's claim.

5. This extension is being requested so that justice can be done and not in any way for the purpose of delay. Granting the relief sought in this Motion would not prejudice any party and will save time and costs of the Court and the parties.

WHEREFORE, Defendant, OptSpot, LLC, respectfully requests the Court to grant this Motion for an Extension of Time to File as Answer to the Complaint, and any such other further relief that this Court deems just and proper.

Respectfully Submitted,

*/s/ Whitney L. White*
Whitney L. White
Texas Bar No. 24075269
SESSIONS, ISRAEL & SHARTLE, LLC
5700 Granite Parkway, Suite 260
Plano, TX 75024
Telephone: (214) 741-3001
Facsimile: (214) 741-3098
Email: wwhite@sessions.legal

*Attorney for Defendant,*
*OptSpot, LLC*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on October 7, 2026, counsel for OptSpot conferred via e-mail with Plaintiff's Counsel, Anthony Paronich, regarding the relief requested herein, and Plaintiff's Counsel confirmed Plaintiff is unopposed to the requested extension of time.

*/s/ Whitney L. White*
Whitney L. White

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2026, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Northern District of Texas, and served via CM/ECF upon the following:

Samuel J. Strauss
Cassandra P. Miller
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
sam@straussborrelli.com
cmiller@straussborrelli.com

Anthony Paronich
PARONICH LAW, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com

*Attorneys for Plaintiff*

*/s/ Whitney L. White*
Whitney L. White