**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JOSH WILSON, on behalf of himself and all others similarly situated,** | ) | |
| **Plaintiff,** | ) | **Civil Case No. 4:26-cv-00217-O** |
| **v.** | ) | |
| **WASH MASTERS, L.P., ARADI PROPERTIES, LLC, OPTSPOT, LLC,** | ) | |
| **Defendants.** | ) | |

**ORDER GRANTING DEFENDANT, OPTSPOT, LLC'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER FIRST AMENDED CLASS ACTION COMPLAINT**

After considering Defendant, OptSpot, LLC's, Unopposed Motion for Extension of Time to Answer First Amended Class Action Complaint (the "Motion"), the Court hereby GRANTS the Motion.

IT IS ORDERED that Defendant, OptSpot, LLC, shall have until October 21, 2026, to answer the Complaint.

Dated: ______________________

______________________________
JUDGE REED O'CONNOR
UNITED STATES DISTRICT COURT