**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JOSHUA WILSON** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-CV-00217-O** |
| | § | |
| **WASH MASTERS, L.P.** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

Before the Court is Defendant OptSpot, LLC's Unopposed Motion for Extension of Time to Answer First Amended Class Action Complaint (ECF No. 38). Having considered the Motion, noting it is unopposed, and finding good cause, the Court **GRANTS** the Motion.

Accordingly, the Court **ORDERS** that Defendant's deadline to answer or otherwise respond is extended until October 21, 2026.

**SO ORDERED** this **22nd day** of **October 2026**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE