UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Joshua Wilson, *Plaintiff* | § | |
| | § | |
| v. | § | Case No. 4:26-cv-00217-O |
| | § | |
| Wash Masters, L.P. et al., *Defendant* | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Carly M. Roman of Strauss Borrelli PLLC, with offices at

980 N Michigan Ave Ste 1610
(Street Address)

Chicago (City) IL (State) 60611-7502 (Zip Code)

(872) 263-1100 (Telephone No.) (872) 263-1109 (Fax No.)

**II.** Applicant will sign all filings with the name Carly M. Roman.

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Plaintiff Joshua Wilson

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of

For Court Use Only.
Bar Status Verified:
______________

See Exhibit A, where Applicant regularly practices law.

Bar license number:________________ Admission date:______________________________

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
| --- | --- | --- |
| See Exhibit A | | |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

See Exhibit B

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

See Exhibit B

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application: | Case No. And Style: |
|---|---|
| N/A | N/A |
| | |
| | |

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Sharon K. Campbell, who has offices at

6220 Campbell Road, Suite 300
(Street Address)

| Dallas | TX | 75248 |
|---|---|---|
| (City) | (State) | (Zip Code) |

| (214) 351-3260 | N/A |
|---|---|
| (Telephone No.) | (Facsimile No.) |

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the 30th day of October, 2026.

Carly M. Roman
Printed Name of Applicant

Carly Roman electronically signed on 10/30/26
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

# — EXHIBIT A —

**STATE COURTS**

| Court | Bar No. | Admission Date | In Good Standing? |
|---|---|---|---|
| Illinois | 6334371 | 5/07/2020 | Yes |
| California | 349895 | 6/12/2023 | Yes |
| Arizona | 040895 | 10/22/2025 | Yes |

**FEDERAL COURTS**

| Court | Admission Date | In Good Standing? |
|---|---|---|
| U.S.D.C., Northern District of Illinois | 10/19/2020 | Yes |
| U.S.D.C., Central District of Illinois | 9/21/2022 | Yes |
| U.S.D.C., Central District of California | 4/21/2025 | Yes |
| U.S.D.C., Northern District of California | 5/30/2025 | Yes |
| U.S.D.C., Southern District of California | 6/04/2025 | Yes |
| U.S.D.C., Eastern District of California | 10/09/2025 | Yes |
| U.S.D.C., District of Arizona | 12/16/2025 | Yes |

Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT

# OF THE

# STATE OF CALIFORNIA

***CARLY MARIE ROMAN***

*I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that CARLY MARIE ROMAN, 349895, was on the 12th day of June 2023, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 15th day of October 2026.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By: ______________________
*Sean Kennedy, Deputy Clerk*

# — EXHIBIT B —

**DECLARATION OF CARLY M. ROMAN**

I was suspended from the practice of law in New Hampshire on January 4, 2021 for failing to comply with the New Hampshire Bar licensure renewal obligations for 2020-2021 (specifically, failure to pay fees). I was reinstated on March 24, 2021 (Case No. ADM-2020-0016; "Cengher" is my former last name).

My failure to complete these obligations was an oversight and mistake. I moved out of state shortly after I was admitted, without updating my contact information with the New Hampshire Bar. On February 22, 2021, as soon as I found out I had been suspended, I immediately paid my fees and filed a petition for reinstatement, which was granted the following month. I then resigned from the New Hampshire Bar on May 31, 2021, in good standing.

RESPECTFULLY SUBMITTED this 29th day of October, 2026.

*/s/ Carly M. Roman*
Carly M. Roman
Applicant