**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **JOSHUA WILSON**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**WASH MASTERS, L.P.,**<br>**ARADI PROPERTIES, LLC**, and<br>**OPTSPOT, LLC**,<br><br>Defendants. | No. 4:26-cv-00217-O<br><br>Honorable Chief District Judge Reed O'Connor |

**ORDER FOR ADMISSION *PRO HAC VICE* OF CARLY M. ROMAN FOR PLAINTIFF**

THIS COURT has considered the Application for Admission Pro Hac Vice of Carly M. Roman on behalf of Plaintiff, Joshua Wilson.

It is so ORDERED that:

☐ the application is granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court. It is further ORDERED that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days. See LR 5.1(f) and LCrR 49.2(g).

☐ the application is denied. The Clerk of Court shall return the admission fee to the Applicant.

____________________________
DATE

____________________________
PRESIDING JUDGE
Honorable Chief District Judge Reed O'Connor