**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JOSHUA WILSON** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-CV-00217-O** |
| | § | |
| **WASH MASTERS, L.P.** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

Before the Court is Defendant Aradi Properties, LLC's Unopposed Motion to Continue Trial Setting and Modify Scheduling Order or, in the Alternative, for Limited Extension of Expert Deadlines (ECF No. 37). After considering the Motion, the Court **GRANTS in part** a limited extension of Defendant Aradi Properties, LLC's expert designation, report, and rebuttal deadlines under paragraph 4 of the Scheduling Order. Accordingly, the Court **ORDERS** that Defendant Aradi Properties, LLC will be allowed a 30-day extension of its deadlines for expert designation, report, and rebuttal deadlines under paragraph 4 of the Scheduling Order (ECF No. 13).

The Court has an obligation to ensure this case moves at a diligent pace toward final resolution. *See* Fed. R. Civ. P. 1 (identifying the duty to "secure the just, *speedy*, and inexpensive determination of every action and proceeding" (emphasis added)). The Motion did not provide sufficient good cause to justify a 90-day continuance when it is this Court's general practice to set trial for approximately one year after the date the initial complaint was filed. Should the timing of the case require it, the parties may move for a limited extension of certain pretrial deadlines.

**SO ORDERED** this **2nd day** of **November 2026**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE