**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JOSH WILSON, on behalf of himself and all others similarly situated,** | ) | |
| **Plaintiff,** | ) | **Civil Case No. 4:26-cv-00217-O** |
| **v.** | ) | |
| **WASH MASTERS, L.P., ARADI PROPERTIES, LLC, OPTSPOT, LLC,** | ) | |
| **Defendants.** | ) | |

**DEFENDANT, OPTSPOT, LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendant, OptSpot, LLC, ("OptSpot") hereby moves to dismiss the Amended Class Action Complaint (Doc. 18) filed by Plaintiff, Jennifer Rush ("plaintiff") pursuant to Federal Rule of Civil Procedure 12(c) for failure to state a claim upon which relief can be granted.

Respectfully Submitted,

*/s/ Whitney L. White*
Whitney L. White
Texas Bar No. 24075269
SESSIONS, ISRAEL & SHARTLE, LLC
5700 Granite Parkway, Suite 260
Plano, TX 75024
Telephone: (214) 741-3001
Facsimile: (214) 741-3098
Email: wwhite@sessions.legal

*Attorney for Defendant,*
*OptSpot, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2026, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Northern District of Texas, and served via CM/ECF upon all Counsel of Record.

*/s/ Whitney L. White*
Whitney L. White