**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JOSH WILSON, on behalf of himself and all others similarly situated,** | ) | |
| **Plaintiff,** | ) | **Civil Case No. 4:26-cv-00217-O** |
| **v.** | ) | |
| **WASH MASTERS, L.P., ARADI PROPERTIES, LLC, OPTSPOT, LLC,** | ) | |
| **Defendants.** | ) | |

**ORDER GRANTING DEFENDANT, OPTSPOT, LLC'S, MOTION FOR JUDGMENT ON THE PLEADINGS**

After considering Defendant, OptSpot, LLC's, Motion for Judgment on the Pleadings (the "Motion"), the Court hereby GRANTS the Motion under Fed. R. Civ. P. 12(c) and dismisses Plaintiff's First Amended Class Action Complaint with prejudice as to OptSpot, LLC. Because there are no remaining claims against OptSpot, LLC, the Clerk is directed to remove OptSpot, LLC from the docket. It is so ORDERED.

Dated: ______________________

______________________________
JUDGE REED O'CONNOR
UNITED STATES DISTRICT COURT