**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| JOSH WILSON<br>*Plaintiff* | § | |
| v. | § | Case No. 4:26-cv-00217-O |
| WASH MASTERS, L.P., et al.<br>*Defendant* | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Sessions, Israel & Shartle, with offices at

3838 N. Causeway Blvd., Suite 2800
(Street Address)

Metairie (City) LA (State) 70002 (Zip Code)

(504) 828-3700 (Telephone No.) (504) 828-3737 (Fax No.)

**II.** Applicant will sign all filings with the name Michael D. Alltmont.

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

OptSpot, LLC

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

For Court Use Only.
Bar Status Verified:
__________

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of Louisiana, where Applicant regularly practices law.

Bar license number: 32318 Admission date: 10/22/2009

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See attached. | | |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application: | Case No. And Style: |
| --- | --- |
| N/A | N/A |
| | |
| | |

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Whitney L. White, who has offices at

5700 Granite Parkway, Suite 260
(Street Address)

Plano (City) TX (State) 75024 (Zip Code)

(214) 741-3001 (Telephone No.) (214) 741-3098 (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the 6th day of November, 2026.

Michael D. Alltmont
Printed Name of Applicant

[signature]
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

**EXHIBIT A**

I, Michael D. Alltmont, am admitted to practice in the following courts:

| | | | | |
|---|---|---|---|---|
| Michael Alltmont | | DC Circuit Court of Appeals | Appeals - District of Columbia | 4/5/2023 |
| Michael Alltmont | | USDC WD AR | Arkansas | 12/27/2023 |
| Michael Alltmont | | 10th Circuit Court of Appeals | Federal Appeals | 4/27/2021 |
| Michael Alltmont | | 2nd Circuit Court of Appeals | Federal Appeals | 5/2/2014 |
| Michael Alltmont | | 3rd Circuit Court of Appeals | Federal Appeals | 10/3/2018 |
| Michael Alltmont | | 4th Circuit Court of Appeals | Federal Appeals | 11/8/2013 |
| Michael Alltmont | | 5th Circuit Court of Appeals | Federal Appeals | 11/17/2009 |
| Michael Alltmont | | USDC ND IL | Illinois | 11/18/2014 |
| Michael Alltmont | 32318 | State Bar - LA | Louisiana | 10/22/2009 |
| Michael Alltmont | | Supreme Court - LA | Louisiana | 10/22/2009 |
| Michael Alltmont | | USDC ED LA | Louisiana | 11/20/2009 |
| Michael Alltmont | | USDC MD LA | Louisiana | 11/20/2009 |
| Michael Alltmont | | USDC WD LA | Louisiana | 11/20/2009 |
| Michael Alltmont | | USDC ED MI | Michigan | 8/6/2015 |
| Michael Alltmont | | USDC ND OH | Ohio | 9/26/2024 |
| Michael Alltmont | | USDC WD TN | Tennessee | 2/6/2025 |
| Michael Alltmont | | USDC SD TX | Texas | 2/5/2025 |
| Michael Alltmont | | USDC ED MO | Missouri | 11/13/2025 |

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, VERONICA ODINET KOCLANES, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

***MICHAEL D. ALLTMONT, ESQ., #32318***

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 22nd Day of October, 2009 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 4th Day of November, 2026, A.D.

Veronica Odinet Koclanes

Clerk of Court
Supreme Court of Louisiana