**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

JOSHUA WILSON, on behalf of himself and all others similarly situated,

Plaintiff,

v.

WASH MASTERS, L.P., OPTSPOT, LLC, and ARADI PROPERTIES, LLC,

Defendants.

No. 4:26-cv-00217-O

Honorable Chief District Judge Reed O'Connor

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

COMES NOW Plaintiff, Joshua Wilson, by and through his undersigned counsel, hereby pursuant to FRCP 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and gives notice that the above captioned action is voluntarily dismissed, without prejudice against **Defendant Aradi Properties, LLC.**

*[Counsel signatures to follow on next page.]*

RESPECTFULLY SUBMITTED this 19th day of November, 2026.

*/s/ Cassandra P. Miller*
Cassandra P. Miller
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com

*/s/ Anthony I. Paronich*
Anthony Paronich
**PARONICH LAW, P.C.**
350 Lincoln St., Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com

*/s/ Sharon K. Campbell*
Sharon K Campbell
**LAW OFFICE OF**
**SHARON K CAMPBELL**
3500 Oak Lawn Ave, Suite 205
Dallas, TX 75219
Telephone: (214) 351-3260
Facsimile: (214) 443-6055
sharon@sharonkcampbell.com

*Counsel for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

I, Cassandra P. Miller, hereby certify that on November 19, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 19th day of November, 2026.

Respectfully submitted,

*/s/ Cassandra P. Miller*

Cassandra P. Miller
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com