**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| JOSHUA WILSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WASH MASTERS, L.P. and OPTSPOT, LLC,<br><br>Defendants. | No. 4:26-cv-00217-O<br><br>Honorable Chief District Judge Reed O'Connor |

**PARTIES' JOINT NOTICE OF SETTLEMENT**

COMES NOW Plaintiff Joshua Wilson and Defendants Wash Masters, L.P. and OptSpot LLC ("the Parties"), by and through their undersigned counsel, to hereby notify this Court that the Parties have reached an agreement in principle on the material terms of an individual settlement in this matter.

*[Counsel signatures to follow on next page.]*

RESPECTFULLY AND JOINTLY submitted this 20th day of November, 2026.

*/s/ Cassandra P. Miller*
Cassandra P. Miller
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com

*/s/ Anthony I. Paronich*
Anthony Paronich
**PARONICH LAW, P.C.**
350 Lincoln St., Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com

*/s/ Sharon K. Campbell*
Sharon K Campbell
**LAW OFFICE OF**
**SHARON K CAMPBELL**
3500 Oak Lawn Ave, Suite 205
Dallas, TX 75219
Telephone: (214) 351-3260
Facsimile: (214) 443-6055
sharon@sharonkcampbell.com

*Counsel for Plaintiff and the Putative Class*

*/s/ William A. Boone*
William Andrew Boone
Brian C Newby
Timothy Derek Carson
**CANTEY HANGER LLP**
600 W 6th Street - Suite 300
Fort Worth, TX 76102
[t] 817-877-2808
aboone@canteyhanger.com
bnewby@canteyhanger.com
dcarson@canteyhanger.com

*Counsel for Defendant Wash Masters, L.P.*

*/s/ Whitney L. White*
Whitney L. White
**SESSIONS ISRAEL & SHARTLE LLC**
5700 Granite Parkway
Suite 260
Plano, TX 75024
[t] 214-741-3001
[f] 214-741-3098
wwhite@sessions.legal

*Counsel for Defendant OptSpot LLC*

**CERTIFICATE OF SERVICE**

I, Cassandra P. Miller, hereby certify that on November 20, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 20th day of November, 2026.

Respectfully submitted,

*/s/ Cassandra P. Miller*

Cassandra P. Miller
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com