**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JOSHUA WILSON** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-CV-00217-O** |
| | § | |
| **WASH MASTERS, L.P.** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

Before the Court is Parties' Joint Notice of Settlement (ECF No. 53) filed on November 20, 2026. The parties inform the Court that they have reached a settlement. Accordingly, the Court **ORDERS** the parties to file the appropriate settlement papers—a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or an agreed motion with corresponding proposed order under Federal Rule of Civil Procedure 41(a)(2)—**no later than December 29, 2026**. If settlement papers or a request for extension of time are not filed by this deadline, and further proceedings become necessary or desirable, the parties should immediately file a joint status report with the Court. The parties are relieved of any pending pretrial obligations and deadlines.

**SO ORDERED** this **23rd day** of **November 2026**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE