IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

# Alternative Dispute Resolution Summary

**Provider must file a completed form, in duplicate, with the U.S. District Clerk within ten days of completion of the initial ADR session.**

1. Civil Action number: 4:26-cv-217-O
2. Style of case: Joshua Wilson v. Wash Masters, LP; Aradi Properties, LLC; and OptSpot, LLC
3. Nature of suit: 485 - 47:227 Restrictions of Use of Telephone Equipment
4. Method of ADR used: ☒ Mediation ☐ Mini-Trial ☐ Summary Jury Trial Early Neutral Eval.
5. Date ADR session was held: November 19, 2026
6. Outcome of ADR *(Select one)*:

   ☐ Parties did not use my services. ☐ Settled, in part, as a result of ADR.

   ☒ Settled as a result of ADR. ☐ Parties were unable to reach settlement.

   ☐ Continuing to work with parties to reach settlement *(Note: provider must file a supplemental ADR Summary upon conclusion of his/her services.)*
7. What was your TOTAL fee: $20,000
8. Duration of ADR: One day (*e.g.*, one day, two hours)
9. Please list persons in attendance (including party association, *e.g.*, defendant, plaintiff):

   Plaintiff: Joshua Wilson (counsel: Carly Roman, Camile Alvarez)
   Defendant Wash Masters, LP: Brooke Daves (counsel: Derek Carson)
   Defendant Aradi Properties, LLC: Abdul ("Mason") Alhajkanjo
   (counsel: Cathy Altman, Alex Breaux)
   Defendant OptSpot, LLC: Stacie Norton (counsel: Whitney White)

***Please provide the names, addresses, and telephone number of counsel on the reverse of this form.***

10. Provider information:

[signature]
Signature

11/22/26
Date

8150 N. Central Expressway, 10th Fl, Dallas, Texas 75206
Address

214.543.4095
Telephone

# Alternative Dispute Resolution Summary

*Continued*

**Please provide the names, addresses, and telephone numbers of counsel:**

Name: Carly Roman
Firm: Strauss Borrelli PLLC
Address: One Magnificent Mile, 980 N. Michigan Ave., Ste 1610
Chicago, IL 60611
Phone: (872) 263-1100

Name: Camile Alvarez
Firm: Strauss Borrelli PLLC
Address: Chicago, IL
Phone: (872) 263-1100

Name: Derek Carson
Firm: Cantey Hanger LLP
Address: 600 West 6th Street, Suite 300
Fort Worth, TX 76102
Phone: (817) 877-2850

Name: Cathy Altman
Firm: Carrington Coleman Sloman & Blumenthal
Address: 2200 Ross Avenue, Suite 1800
Dallas, TX 75201
Phone: (214) 855-3083

Name: Alex Breaux
Firm: Carrington Coleman Sloman & Blumenthal
Address: 2200 Ross Avenue, Suite 1800
Dallas, TX 75201
Phone: (214) 855-3130

Name: Whitney White
Firm: Sessions Israel & Shartle
Address: 5700 Granite Parkway, Suite 260
Plano, TX 75024
Phone: (214) 741-3017

Name:
Firm:
Address:
Phone:

Name:
Firm:
Address:
Phone: